IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES NEWTON,

    Plaintiff,

vs.                                                     Civ. No. 19-504 KG/KK

ROBERT WILKIE, in his
capacity as SECRETARY OF
VETERANS AFFAIRS,

    Defendant.

## FINAL SUMMARY JUDGMENT

Having granted the Motion for Summary Judgment and Supporting Memorandum (Doc. 37) by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment,

    IT IS ORDERED that

1. summary judgment is entered in Defendant's favor on all of Plaintiff's claims;

2. Plaintiff's claims are dismissed with prejudice; and

3. this lawsuit is now terminated.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE